IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-cr-00021 |
| | ) | |
| | ) | CHIEF JUDGE HAYNES |
| WILLIAM WEAVER | ) | |

MOTION OF THE GOVERNMENT
TO SCHEDULE A SENTENCING HEARING

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order scheduling a sentencing hearing. As reasons for this motion the Government state the following.

The Sentencing Hearing in this case was formerly scheduled for 10:00 a.m., on Friday December 14, 2013. (D. 18). However, on December 13, 2013, Judge Trauger recused herself from the case, and the case was re-assigned to this Court. (DE 30.) Thereafter, a sentencing hearing in this case has not yet been re-scheduled. The Government requests that the sentencing hearing be rescheduled to a date on or between the dates of April 30, 2013 through May 10, 2013, or any other date that is convenient for the Court. The Government has conferred with counsel for the defendant, who have advised that they are available on those dates.

ORDER

This motion is GRANTED. The hearing is set for April 30, 2013 at 3:00 pm.

[signature]
3-15-13