IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:12-CR-00021 |
| ) | Chief Judge Haynes |
| WILLIAM WEAVER, ) | |
| ) | |
| Defendant. ) | |

*[Handwritten annotation: The United States has 30 days to file its position on these petitions and whether the property should be forfeited to the Government.]*

## PETITION FOR ADJUDICATION OF CLAIM

*[Handwritten: initials, 1-9-14]*

Petitioners Legends Ridge Homeowners Association, Inc. ("HOA") and Legends Ridge Swim and Tennis Club ("the Club"), by and through the undersigned counsel and pursuant to 21 U.S.C. § 853(n), file this Petition under and state under oath and under penalty of perjury as follows:

1. Petitioners have legal right, title and interest in the following property commonly known as 725 Legends Crest Drive, Franklin, Williamson County, Tennessee 37069, including all improvements thereon and appurtenances thereto, more particularly described on page 2 of the Consent Preliminary Order of Forfeiture As To Legends Crest Drive, Franklin, Tennessee 37069 (Docket Entry 46) ("the Legends Crest Property") as follows:

> Land in Williamson County, Tennessee, being Lot No. 419, on the Plan of Minor Revision One, Section 4A, Legends Ridge, of record in Plat Book 24, page 132, Register's Office for said County, to which plan reference is hereby made for a more complete legal description.
>
> Being the same property conveyed to Richard L. Cammeron and Christopher E. Parker by Warranty Deed from Patricia Armstrong, unmarried of record in Book 3710, page 585, Register's Office of Williamson County, Tennessee.

1