UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:12-CR-00021 |
| | ) | Chief Judge Haynes |
| | ) | |
| WILLIAM WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER FOR ANCILLARY HEARING

The Court, having been notified by the parties that any day of week of August 11, 2014, with the exception of Tuesday morning, August 12th, is acceptable for an Ancillary Hearing to determine the interest of Petitioners Legends Ridge Homeowners Association, Inc. and Legends Ridge Swim and Tennis Club in real property commonly known as 725 Legends Crest Drive, Franklin, Williamson County, Tennessee 37069, hereby sets the hearing for August 15, 2014, at 10:00 am/pm.

IT IS HEREBY SO ORDERED this 26th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge, United States District Court