UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM WEAVER ) | |
| ) | No. 3:12-CR-00021 |
| v. ) | Judge Haynes |
| ) | |
| UNITED STATES ) | |

**ORDER**

The Court directs the Clerk's Office to enter the Presentence Report as part of the record in this case.

IT IS SO ORDERED.

This day of August 18, 2014.

Chief Judge William Haynes