UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:12-CR-00021 |
| | ) | Chief Judge Haynes |
| | ) | |
| WILLIAM WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

*OPEN*
*Transaction*
*is GRANTED*
*[signature]*
*9-25-14*

## NOTICE OF STATUS AS TO LEGENDS CREST and
## MOTION TO APPROVE CONSENT ORDER FOR THE DISTRIBUTION OF FUNDS
## RELATED TO THE SALE OF 725 LEGENDS CREST DRIVE

The United States advises the Court of the status of the Ancillary Proceeding in regard to

the Real Property known as 725 Legends Crest Drive, Franklin, TN 37069 more particularly

describe in Docket Entry 94. The petitioners of interest, Legends Ridge Homeowners

Association, Inc. and Legends Ridge Swim and Tennis Club, Daniel Gardner, April Gardner, and

Chicago Title Insurance Company have agreed to a Consent Order for the Distribution of the

$154,644.05 in funds related to the August 2014 sale of 725 Legends Crest Drive, the proceeds

of which have been deposited with the Middle District of Tennessee Clerk's Office. (D.E. 106:

Receipt of Proceeds). As an officer of the court, the undersigned advises this court that the IRS

was duly advised of this lawsuit, and the Office of District Counsel has advised the United States

Attorneys Office for the Middle District of Tennessee that the IRS will not be asserting an

interest to the funds in this lawsuit.

At the real estate closing, payments were made to the local and state taxes, real estate fees and normal settlement expenses such as document recording and title fees, and additional Settlement Charges related to Legends Ridge HOA . (D.E. 106: Settlement Statement, page ID 861, 862). The United States Marshal Service's expenses in the amount of $506.00 and the expense in the amount of $93.00 for filing fees were not paid at the time of closing. *Id* The $506.00 for expenses and the $93.00 for the filing fees should be paid to the United States Marshal Service, for a total of $599.00 to the United States Marshal Service.

The proposed Consent Order for Distribution of funds, attached hereto for the Court's convenience, recognizes the Court's Modified Order re: Interlocutory Sale of Legend's Crest, the Court's Priority Order, and extinguishes any IRS lien that may have attached to the proceeds of the funds.

Daniel Gardner and April Gardner have authorized the filing of this motion and the Consent Order.

Chicago Title, via Matthew A. Grossman, Esq. has authorized the filing of this motion and the Consent Order.

Legends Ridge Homeowners Association, Inc. and  Legends Ridge Swim and Tennis Club via Matthew A. Moushon, Esq., have authorized the filing of this motion and the Consent Order

2

Upon approval of this Consent Order, the only remaining property in this ancillary hearing is real property known as 288 Farmstead Lane. The Court will be notified as soon as the expected sale of 288 Farmstead Lane is complete.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By:   s/Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: deb.phillips@usdoj.gov

# THIS SPACE IS INTENTIONALLY LEFT BLANK

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, a copy of the foregoing Notice and proposed Consent Order was filed electronically. Notice of this filing will be hand delivered to AUSA Steve Jordan. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. mail to:

Jonathan D. Curtis, Esq.
Attorney for:
Legend's Crest Homeowner's Association
Attorney and
 Legend's Crest Swim and Tennis Club
2020 Fieldstone Parkway Suite 900-92
Franklin, TN 37069

Matthew A. Moushon, Esq.
Attorney f or:
Legend's Crest Homeowner's Association
Attorney and
 Legend's Crest Swim and Tennis Club
Parker, Lawrence, Cantrell & Smith
201 Fourth Avenue, N Suite 1700
Nashville, TN 37219

Matthew A. Grossman, Esq.
Attorney for:
Chicago Title Insurance Company
Frantz, McConnell & Seymour, LLP
550 West Main Street Suite 500
Knoxville, TN 37902

Daniel C. Gardner
707 Hillsboro Road
Franklin, TN 37064

April M. Gardner
707 Hillsboro Road
Franklin, TN 37064

Great American Insurance Group
5 Waterside Crossing, 3rd Floor
Windsor, CT 06095
Re: Restitution for Claim #740-501361

The 4-J LP
David Stansell
860 Visco Drive
Nashville, TN 37210
Re: William Weaver Fraud

Rebecca Vance Harris
IRS Senior Attorney
Office of Chief Counsel
Internal Revenue Service
810 Broadway, Suite 400
Nashville, TN 37203

Steve Jordan
United States Attorney's Office
Middle District of Tennessee
110 9th Ave., S., Ste. A-961
Nashville, TN 37203

 s/Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS

4